**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANTONIO PALERMO,**

        **Plaintiff,**

**-vs-**                                 **Case No. 6:05-cv-1715-Orl-31KRS**

**MCLANE COMPANY, INC. & RUBEN MARANGES,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S AMENDED MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND TO COMPEL INTERROGATORY ANSWERS (Doc. No. 30)[1]
>
> **FILED:** August 22, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

Plaintiff Antonia Palermo moves to compel Defendants McLane Company, Inc., and Ruben Maranges to produce documents responsive to certain requests contained in her Second Request for Production, and to compel these defendants to answer all of the interrogatories contained in her

---

[1] In future papers filed with the Court, counsel shall observe the formatting requirements of M.D. Fla. L.R. 1.04.

Second Set of Interrogatories. The defendants have not responded to the motion, and the time for doing so has passed. Accordingly, I will treat the motion as unopposed.

The motion indicates that the defendants have not produced any documents responsive to Request Numbers 1 through 11, which are quoted in full. Because of a dispute over the time frame associated with Request No. 3, Palermo agrees to limit that request to documents related to 72 hours after the accident in question. Doc. No. 30 at 4. The motion to compel responses to the request for production of documents quoted in the motion is **GRANTED.**

It is **ORDERED** that, on or before September 22, 2006, the defendants shall produce documents responsive to requests numbers 1 through 11 of Palermo's Second Request for Production, with request number 3 limited as reflected in the present motion, for inspection and copying by counsel for Palermo. Any objections, other than privilege and protection, are waived for failure timely to assert them. To the extent that the defendants assert that responsive documents, or portions thereof, are privileged or protected, they must assert those objections as to each document or portion thereof withheld from production in a privilege log served on or before September 22, 2006.

As to Palermo's request to compel answers to interrogatories, while counsel for Palermo indicates that the interrogatories are attached, the only discovery request attached to the motion is a third request for production of documents. Doc. No. 30 at 10-13. Accordingly, the motion is

**DENIED** with respect to the interrogatories for failure to comply with Local Rule 3.04(a) with respect to the interrogatories.

    **DONE** and **ORDERED** in Orlando, Florida on September 8, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties